# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MACREEN ROMERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:14-cv-01105-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>ECF NO. 2 |

On July 14, 2014, Plaintiff Larry Macreen Romero ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant") denying Plaintiff's application for benefits under the Social Security Act. (ECF No. 1.)  Plaintiff filed an application to proceed in forma pauperis without prepayment of the filing fee on the same day.  (ECF No. 2.)

In order to proceed in court without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1).  In assessing whether a certain income level meets the poverty threshold under Section 1915(a)(1), courts look to the federal poverty guidelines developed each year by the Department of Health and Human Services.  See, e.g., Lint v. City of Boise, No. CV09-72-S-EJL, 2009 WL 1149442, at *2 (D. Idaho Apr. 28, 2009) (and cases cited therein).

/ / /

1      Plaintiff's application states that the only other persons dependent upon him for support
2 are his wife and daughter.  The 2014 Poverty Guidelines for the 48 contiguous states for a
3 household of three is $19,790.00.  2014 Poverty Guidelines,
4 http://aspe.hhs.gov/poverty/14poverty.cfm (last visited July 16, 2014).

5      Plaintiff states that he receives $1,650 a month in Federal Social Security and his wife
6 makes $2,100 a month.  Accordingly, Plaintiff reported $45,000 in annual income.

7      Plaintiff also identified $3,224.00 in monthly expenses, $775 of which goes to a Chapter
8 13 bankruptcy and the Franchise Tax Board (for undisclosed reasons).  This amounts to $38,688
9 in annual expenses.

10      Plaintiff's application to proceed <u>in forma pauperis</u> demonstrates that Plaintiff is able to
11 pay the $400.00 filing fee in this action as his reported annual income is significantly higher than
12 his reported annual expenses.  Moreover, Plaintiff's income is substantially higher than the 2014
13 Poverty Guidelines.

14      Based upon the foregoing, the Court finds that Plaintiff is not eligible to proceed <u>in forma</u>
15 <u>pauperis</u> under 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that Plaintiff's
16 application to proceed <u>in forma pauperis</u> is DENIED and Plaintiff shall pay the $400.00 filing fee
17 within thirty (30) days.  If the filing fee is not paid within thirty (30) days, this action will be
18 dismissed.

IT IS SO ORDERED.

Dated:   **July 16, 2014**

                                                     UNITED STATES MAGISTRATE JUDGE