# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MACEREN ROMERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:14-cv-01105-SAB<br><br>ORDER DIRECTING CLERK'S OFFICE TO ISSUE SERVICE DOCUMENTS |

On July 14, 2014, Plaintiff Larry Maceren Romero ("Plaintiff") filed the complaint in this action seeking judicial review of the final decision of the Commissioner of Social Security ("Defendant"). (ECF No. 1.) Plaintiff's application to proceed in forma pauperis was denied on July 16, 2014, and Plaintiff was ordered to pay the filing fee within thirty days. (ECF No. 3.) On August 5, 2014, Plaintiff submitted the filing fee.

Accordingly, the Office of the Clerk is directed to issue a summons and new case documents in this action.

IT IS SO ORDERED.

Dated:   **August 6, 2014**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1