Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  LARRY MACEREN ROMERO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MACEREN ROMERO, | Case No.:  2:14-CV-01105-SAB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Larry Maceren Romero ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to April 16, 2015; and that Defendant shall have until May 15, 2015, to file her opposition.  Any reply by plaintiff will be due May 29, 2015.

1  An extension of time for plaintiff is needed in order to properly address the
2  issues within the administrative record in this matter. Counsel sincerely apologizes
3  to the court for any inconvenience this may have had upon it or its staff.

4  DATE: March 2, 2015              Respectfully submitted,

5                                   LAW OFFICES OF LAWRENCE D. ROHLFING

6                                         /s/ *Steven G. Rosales*
                                     BY: _____
7                                    Steven G. Rosales
                                     Attorney for plaintiff
8

9  DATED: March 2, 2015             BENJAMIN WAGNER
                                     United States Attorney
10

11

12                                   */S/- Scott J. Borrowman

13                                   _____
14                                   Scott J. Borrowman
                                     Special Assistant United States Attorney
15                                   Attorney for Defendant
                                     [*Via email authorization]
16

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2    and including April 16, 2015, in which to file Plaintiff's Opening Brief; Defendant
3    may have an extension of time to May 15, 2015 to file his opposition, if any is
4    forthcoming.  Any reply by plaintiff will be due May 29, 2015.

6    IT IS SO ORDERED.

7    Dated:  __**March 3, 2015**__                            _____
8                                                                    UNITED STATES MAGISTRATE JUDGE