# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MACEREN ROMERO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 2:14-CV-01105-SAB<br><br>ORDER RE SECOND STIPULATION TO EXTEND BRIEFING SCHEDULE |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed on or before June 9, 2015;

2. Defendant's opposition to Plaintiff's opening brief shall be filed on or before July 9, 2015; and

3. Plaintiff's reply, if any, shall be filed on or before July 24, 2015.

IT IS SO ORDERED.

Dated: __April 23, 2015__

_____
UNITED STATES MAGISTRATE JUDGE

-1-